FILED

MAY 11 2023 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

May 11, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 23 CR 175 |
| v. | Violations: Title 18, United States Code, Sections 2113(a) and 924(c) |
| JAWAD H. HAKEEM | |

23cr175
Judge Kness
Magistrate Judge Valdez
CAT 2

**COUNT ONE**

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about March 3, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAWAD H. HAKEEM,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $2,002 in United States currency belonging to and in the care, custody, control, management, and possession of Chase Bank, located at 401 N. Clark St., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

**COUNT TWO**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 3, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAWAD H. HAKEEM,

defendant herein, did use, carry, and brandish a firearm during and in relation to of a crime of violence for which he may be prosecuted in a court of the United States, namely bank robbery, in violation of Title 18, United States Code, Section 2113(a), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT THREE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 9, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAWAD H. HAKEEM,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $23,900 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank, located at 1 S. Wacker Dr., Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about March 9, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JAWAD H. HAKEEM,

defendant herein, did use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely bank robbery, in violation of Title 18, United States Code, Section 2113(a), as charged in Count Three of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

**FORFEITURE ALLEGATION**

The SPECIAL JANUARY 2023 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a black, Smith & Wesson MP Shield Plus 9-millimeter semiautomatic handgun, bearing serial number JHD4084, and associated ammunition.

A TRUE BILL:

____________________________
FOREPERSON

____________________________
Signed by Sarah Streicker on behalf of
the ACTING UNITED STATES ATTORNEY